**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOYCE HUBER,

        Plaintiff,

vs.                                          Case No. 3:13-cv-119-J-32JBT

DRS. FORTE, SCHLEIDER, ATTAS
& CONDEMNI, A PROFESSIONAL
ASSOCIATION, etc.,

        Defendant.

_____

**ORDER**

Upon review of the entire file, including defendant's most recent filing (Doc. 13), this case is hereby **REMANDED** to the Circuit Court for the Seventh Judicial Circuit, in and for Flagler County, Florida. While defendant correctly states that the Court can make "reasonable deductions, reasonable inferences, or other reasonable extrapolations" to determine whether the amount in controversy has been satisfied, Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 754 (11th Cir. 2010), defendant has failed to point the Court to any basis upon which the Court might make such a deduction, inference or extrapolation here– the mere fact that plaintiff has not capped her damages allegation in her second amended complaint is not enough, particularly given the other evidence of record (which includes a pre-removal proposal by plaintiff to settle the case for $25,000, see Doc. 11 at Composite Exh. 1, Part 5, pp. 14-18). See, e.g., Miedema v. Maytag Corp., 450 F.3d 1322, 1332 (11th Cir. 2006) (holding that uncertainty regarding amount in controversy should be resolved in favor of remand). This case is therefore remanded pursuant to 28 U.S.C. § 1447(c) and the

Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of April, 2013.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record

Clerk of Court,
Circuit Court for the Seventh Judicial Circuit,
in and for Flagler County, Florida